## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA Y., <br><br>　　　　　　　Plaintiff, <br><br> v. <br><br> Kilolo KIJAKAZI, <br><br>　　　　　　　Defendant. | Case No.:  21-cv-0814-AGS <br><br> **ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF 24)** |

   The parties' joint motion for attorney's fees and expenses under the Equal Access to Justice Act is **GRANTED.** Plaintiff is awarded fees and expenses in the amount of $4,850.00 as authorized by 28 U.S.C. § 2412(d) and no costs. The award shall be dispensed per the terms of the joint motion.

Dated:  September 14, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge