UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA Y., <br><br> Plaintiff, <br><br> v. <br><br> Kilolo KIJAKAZI, <br><br> Defendant. | Case No.: 21-cv-0814-AGS <br><br> **AMENDED ORDER GRANTING JOINT MOTION FOR ATTORNEY'S FEES AND EXPENSES (ECF 24, 26)** |

The parties' joint motion for attorney's fees and expenses under the Equal Access to Justice Act is **GRANTED.** Plaintiff is awarded fees and expenses in the amount of $4,675.00 as authorized by 28 U.S.C. § 2412(d) and no costs. The award shall be dispensed per the terms of the joint motion.

Dated: October 5, 2022

_____
Hon. Andrew G. Schopler
United States Magistrate Judge